**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge David L. West**

Criminal Case No. 11-PO-00149-DLW

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**vs.**

**1. MARK L. HALPER,**

**Defendant.**

## ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE DAVID L. WEST**

      Before deciding Defendant's Ex Parte Motion for Engagement of Expert Witness [Doc. #33];

      **IT IS HEREBY ORDERED** that the Defendant shall complete a new Financial Affidavit which will be reviewed in Court with the Defendant being present before the Magistrate Judge at 103 Sheppard Drive, Room 235, Durango, Colorado 81303 on May 21, 2012 at 3:00 p.m.

**DATED: May 11, 2012.**

                            **BY THE COURT:**

                            **s/David L. West**
                            **United States Magistrate Judge**