**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Magistrate Judge David L. West**

**Criminal Case No.  11-PO-00149-DLW**

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**vs.**

**1. MARK HALPER,**

**Defendant.**

---

**ORDER**

---

**ORDER ENTERED BY MAGISTRATE JUDGE DAVID L. WEST**

 The Defendant sent a letter to the Court requesting that he be released from custody to perform community service in the State of New York;

 **IT IS HEREBY ORDERED** that Defendant's request is **DENIED**.

**DATED: December 4, 2012.**

       **BY THE COURT:**

       <u>s/David L. West</u>
       **United States Magistrate Judge**