**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge David L. West**

**Criminal No. 11-PO-00149-DLW**

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**vs.**

**1. MARK L. HALPER,**

**Defendant.**

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE DAVID L. WEST**

At the request of the supervising Probation Officer,

**IT IS HEREBY ORDERED** that this matter is set for a Compliance Review Hearing before the Magistrate Judge in Durango, Colorado on March 11, 2013 at 3:00 p.m.

**IT IS FURTHER ORDERED** that if the Defendant fails to appear on that date and time a warrant will be issued for his arrest.

**DATED: March 4, 2013.**

> **BY THE COURT:**
>
> **s/David L. West**
> **United States Magistrate Judge**