**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge David L. West**

**Criminal No. 11-PO-00149-DLW**

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**vs.**

**1. MARK L. HALPER ,**

**Defendant.**

---

### ORDER RE: DEFENDANT'S REQUEST FOR RECUSAL [DOC. #103] AND DEFENDANT'S WITHDRAWAL OF ALLEGATIONS CONTAINED IN LETTER TO COURT DATED JUNE 10, 2013 [DOC. #125]

---

**ORDER ENTERED BY MAGISTRATE JUDGE DAVID L. WEST**

The Court has received Defendant's Withdrawal of Allegations [Doc. #125] Contained in Letter to Court [Doc. #103] Dated June 10, 2013, therefore:

**IT IS HEREBY ORDERED** that the telephone status conference scheduled for March 6, 2014 at 8:30 a.m. and the hearing on Motions set for March 6, 2014 at 10:00 a.m. are VACATED.

**IT IS FURTHER ORDERED** that a hearing on Government's Motion to Revoke Probation [Doc. #121] is scheduled before the Magistrate Judge in Durango, Colorado on April 9, 2014 at 8:30 a.m.

**DATED: March 4, 2014.**

                                **BY THE COURT:**

                                **s/David L. West**
                                **United States Magistrate Judge**