# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
### Magistrate Judge David L. West

**Criminal No.  11-PO-00149-DLW**

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**vs.**

**1. MARK L. HALPER,**

**Defendant.**

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE DAVID L. WEST**

     **IT IS HEREBY ORDERED** that a Status Conference is set before the Magistrate Judge on March 6, 2014 at 10:00 a.m. in this matter.

     Counsel and the Defendant are required to be present.

**DATED: March 5, 2014.**

                              **BY THE COURT:**

                              **s/David L. West**
                              **United States Magistrate Judge**